476 A.2d 984

Commonwealth v. Wittick, Jr., Appellant.

Reargument Denied June 29, 1984.

Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Argued February 15, 1984. Ronald F. Kidd, for appellant;
Garold Tennis, Assistant District Attorney, for Common-
wealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.